No. 80–2187.  MALMSTEDT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.

No. 80–2188.  FRIARTON ESTATES CORP. ET AL. *v.* CITY OF NEW YORK ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 80–2189.  BECTON ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–2190.  HADDON HOUSE FOOD PRODUCTS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 80–2191.  TOWN OF MORRISTOWN *v.* WOODSON, PRESIDENT, CIVIL SERVICE COMMISSION OF NEW JERSEY, ET AL. Super. Ct. N. J., App. Div.  Certiorari denied.

No. 80–2192.  WOOD *v.* SOUTHWESTERN BELL TELEPHONE CO.  C. A. 8th Cir.  Certiorari denied.

No. 80–2197.  ALABAMA EX REL. GRADDICK, ATTORNEY GENERAL OF ALABAMA *v.* TENNESSEE VALLEY AUTHORITY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–2198.  REED *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–2199.  SNYDER *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 80–2201.  TUCKER *v.* HARTFORD ELECTRIC LIGHT Co.  Sup. Ct. Conn.  Certiorari denied.